# EXHIBIT B – SERVICE LIST

VERIS LAW GROUP PLLC
Howard F. Jensen
*howard@verislawgroup.com*
David F. Stearns
*david@verislawgroup.com*
1809 Seventh Avenue, Suite 1400
Seattle, WA 98101
Tel:    206.829.9590
Fax:    206.829.9245

Counsel for Plaintiff MAPLE LEAF HOUSING INVESTMENTS, LLC


ROGERS JOSEPH O'DONNELL
Robert C. Goodman
*RGoodman@rjo.com*
E. Jacob Lubarsky
*JLubarsky@rjo.com*
311 California St., 10th Flr.
San Francisco, CA 94104
Tel:    415.956.2828
Fax:    415.956.6457

Counsel for Defendant TEXACO DOWNSTREAM PROPERTIES, INC.

477221.1