Judicial Assignment: Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MAPLE LEAF HOUSING INVESTMENTS, LLC, a Washington company,<br><br>Plaintiff,<br><br>vs.<br><br>TEXACO DOWNSTREAM PROPERTIES Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:18-cv-01710-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONSIVE PLEADING**<br><br>Note on calendar: December 4, 2018 |

On November 28, 2018, Defendant TEXACO DOWNSTREAM PROPERTIES INC. ("Defendant") timely filed and served a Notice of Removal of Action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Prior to its Notice of Removal, Defendant did not file a responsive pleading in connection with Plaintiff MAPLE LEAF HOUSING, INVESTMENTS, LLC's ("Plaintiff") complaint; pursuant to the Federal Rules of Civil Procedure ("FRCP"), Rule 81(c), a defendant must answer, present other defenses or objections within 7 days after the notice of removal is filed (i.e., by December 5, 2018).

On November 30, 2018, Defendant transmitted a meet and confer correspondence to Plaintiff requesting that certain claims for relief be dismissed or restated.

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 1

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
478694.2

1 | Plaintiff disagrees with Defendant's contentions but requested additional time to more fully
2 | respond to Defendant's letter.

3 |     Extending the time for Defendant to respond to Plaintiff's complaint will
4 | afford the parties additional time to meet and confer regarding the issued raised in
5 | Defendant's November 30, 2018, meet and confer correspondence. The parties agree that
6 | additional time to evaluate the respective positions may eliminate the need for motion
7 | practice or reduce the number of issues raised in a motion by Defendant. Defendant agrees
8 | that any motion to dismiss it may file under FRCP Rule 12(b) will be noted for consideration
9 | no earlier than January 18, 2019.

10 |     Pursuant to FRCP Rule 6(b), the Court may, for good cause, extend the time
11 | for Defendant to respond to Plaintiff's Complaint.

12 |     Based on the foregoing, Plaintiff and Defendant jointly request that the Court
13 | issue an order extending the deadlines for Defendant's responsive pleading to December 21,
14 | 2018.

15 |                     IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

17 | Dated: December 4, 2018             ROGERS JOSEPH O'DONNELL, PC

19 |                                           By: /s/ Robert C. Goodman

20 |                                           Robert C. Goodman, WSBA No. 49144
                                          E. Jacob Lubarsky, WSBA No. 52992
21 |                                           311 California Street, 10th Floor
                                          San Francisco, CA 94104
22 |                                           rgoodman@rjo.com
                                          jlubarsky@rjo.com
23 |                                           Telephone: (415) 956-2828
                                          *Attorneys for Defendant*
24 |                                           TEXACO DOWNSTREAM PROPERTIES INC.

28 | STIPULATION RE: ADDITIONAL TIME TO                  Rogers Joseph O'Donnell
FILE RESPONSIVE PLEADING                            311 California Street, Floor 10
Case No.: 2:18-cv-01710-RSL                                San Francisco, CA 94104
Page 2                                                           (415) 956-2828
                                                                478694.2

| | | |
|---|---|---|
| 1 | Dated: December 4, 2018 | VERIS LAW GROUP PLLC |
| 2 | | |
| 3 | | By: /s/ David F. Stearns |
| 4 | | Howard F. Jensen, WSBA No. 25144 |
| | | David F. Stearns, WSBA No. 45257 |
| 5 | | 1809 Seventh Ave., Suite 1400 |
| | | Seattle, WA 98101 |
| 6 | | howard@verislawgroup.com |
| | | david@verislawgroup.com |
| 7 | | Telephone: (206) 829-9590 |
| | | *Attorneys for Plaintiff* |
| 8 | | MAPLE LEAF HOUSING INVESTMENTS, LLC |

I attest that concurrence in the filing of this document has been obtained from David F. Stearns, counsel for Maple Leaf Housing Investments, LLC.

Dated: December 4, 2018        ROGERS JOSEPH O'DONNELL

By:   /s/ Robert C. Goodman
      ROBERT C. GOODMAN
      Attorneys for Defendants

---

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 3

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
478694.2

# ~~[PROPOSED]~~ ORDER

The deadlines in this case are hereby extended as follows:

Defendant's responsive pleading shall be filed no later than December 21, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 11, 2018          By: _/s/ Robert S. Lasnik_
                                  HONORABLE ROBERT S. LASNIK
                                  U.S. DISTRICT COURT JUDGE

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 4

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
478694.2