Judicial Assignment: Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MAPLE LEAF HOUSING INVESTMENTS, LLC, a Washington company,<br><br>    Plaintiff,<br><br>vs.<br><br>TEXACO DOWNSTREAM PROPERTIES Inc., a Delaware corporation,<br><br>    Defendant. | Case No. 2:18-cv-01710-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME FOR RESPONSIVE PLEADING** |

Pursuant to the order entered by this Court on the stipulation between Plaintiff MAPLE LEAF HOUSING, INVESTMENTS, LLC's ("Plaintiff") and Defendant TEXACO DOWNSTREAM PROPERTIES INC. ("Defendant"), Defendant's responsive pleading is due January 18, 2019. *See,* Dkt. # 15. Plaintiff and Defendant now jointly move under FRCP 6(b) for a 21-day extension of Defendant's deadline to file a responsive pleading to February 8, 2019. There is good cause for granting an extension because it will afford the parties an opportunity to resolve several claims in this action without the need for motion practice.

The Parties have been making substantial progress in reaching a negotiated agreement to resolve issues raised by the Defendant's November 30, 2018, meet and

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 1

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
482730.2482818.1

confer correspondence ("Meet and Confer Correspondence"), in which Defendant requested Plaintiff dismiss or restate certain claims for relief. If successful, the parties would reduce, if not eliminate entirely, the need for a motion to dismiss certain claims, which would result in judicial economy. If the parties succeed in reaching an agreement to resolve the issues raised in the Meet and Confer Correspondence, the parties anticipate requesting a stay of limited duration of all litigation deadlines while additional data regarding the hazardous substances on the Plaintiff's property are collected.

Pursuant to FRCP Rule 6(b), the Court may, for good cause, extend the time for Defendant to respond to Plaintiff's Complaint.

Based on the foregoing, Plaintiff and Defendant jointly request that the Court issue an order extending the deadlines for Defendant's responsive pleading twenty-one days to February 8, 2019.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: January 18, 2019         ROGERS JOSEPH O'DONNELL, PC

By: /s/ Robert C. Goodman

Robert C. Goodman, WSBA No. 49144
E. Jacob Lubarsky, WSBA No. 52992
311 California Street, 10th Floor
San Francisco, CA 94104
rgoodman@rjo.com
jlubarsky@rjo.com
Telephone: (415) 956-2828
*Attorneys for Defendant*
TEXACO DOWNSTREAM PROPERTIES INC.

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 2

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
482730.2482818.1

| | | |
|---|---|---|
| 1 | Dated: January 17, 2019 | VERIS LAW GROUP PLLC |
| 2 | | |
| 3 | | By: /s/ David F. Stearns |
| 4 | | Howard F. Jensen, WSBA No. 25144 |
| 5 | | David F. Stearns, WSBA No. 45257<br>1809 Seventh Ave., Suite 1400<br>Seattle, WA 98101 |
| 6 | | *howard@verislawgroup.com*<br>*david@verislawgroup.com* |
| 7 | | Telephone: (206) 829-9590<br>*Attorneys for Plaintiff* |
| 8 | | MAPLE LEAF HOUSING<br>INVESTMENTS, LLC |

10   I attest that concurrence in the filing of this document has been obtained
11   from David F. Stearns, counsel for Maple Leaf Housing Investments, LLC.

| | | |
|---|---|---|
| 13 | Dated: January 17, 2019 | ROGERS JOSEPH O'DONNELL |
| 15 | | By: /s/ Robert C. Goodman |
| 16 | | ROBERT C. GOODMAN<br>Attorneys for Defendant |

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 3

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
482730.2482818.1

# **ORDER**

The deadlines in this case are hereby extended as follows:

Defendant's responsive pleading shall be filed no later than February 8, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 22, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 4

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
482730.2482818.1