Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MAPLE LEAF HOUSING INVESTMENTS, LLC, a Washington company,<br><br>Plaintiff,<br><br>vs.<br><br>TEXACO DOWNSTREAM PROPERTIES INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:18-cv-01710-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME FOR RESPONSIVE PLEADING**<br><br>Note on calendar: February 8, 2019 |

Pursuant to the Order entered by this Court on the stipulation between Plaintiff MAPLE LEAF HOUSING INVESTMENTS, LLC ("Plaintiff") and Defendant TEXACO DOWNSTREAM PROPERTIES INC. ("Defendant"), Defendant's responsive pleading is due February 8, 2019. *See,* Dkt. # 22. Plaintiff and Defendant now jointly move under FRCP 6(b) for a 21-day extension of Defendant's deadline to file a responsive pleading to March 1, 2019. There is good cause for granting an extension because Plaintiff and Defendant have reached agreement in principle to resolve issues raised in Defendant's November 30, 2018, meet and confer correspondence ("Meet and Confer Correspondence"). When executed, the agreement between the Plaintiff and Defendant will avoid the need for a motion to dismiss certain claims. Upon execution of

STIPULATED MOTION AND ORDER
EXTENDING TIME FOR RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 1

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
484589.1

the agreement, the parties will submit a joint request to this Court to stay all litigation deadlines, including Defendant's deadline to file a responsive pleading, and activities for up to 120 days while the parties jointly undertake an environmental investigation of the Plaintiff's property. The data obtained from the environmental investigation will inform the parties' decisions regarding the subject property and this litigation and may potentially help facilitate an agreed resolution of this case.

The parties jointly request an additional 21-day extension of Defendant's deadline to file a responsive pleading to allow the parties to: (1) prepare and execute an agreement between the parties to resolve issues raised in the Meet and Confer Correspondence and undertake the environmental investigation of Plaintiff's property, and, assuming the execution of the agreement between the parties, (2) prepare and present to this Court a stipulated order staying all litigation deadlines and activities for up to 120 days while the environmental investigation is undertaken.

Pursuant to FRCP Rule 6(b), the Court may, for good cause, extend the time for Defendant to respond to Plaintiff's Complaint.

Based on the foregoing, Plaintiff and Defendant jointly request that the Court issue an order extending the deadlines for Defendant's responsive pleading twenty-one days to March 1, 2019.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATED MOTION AND ORDER
EXTENDING TIME FOR RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 2

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
484589.1

| | | |
|---|---|---|
| Dated: February 8, 2019 | | ROGERS JOSEPH O'DONNELL, PC |

By: /s/ Robert C. Goodman

Robert C. Goodman, WSBA No. 49144
E. Jacob Lubarsky, WSBA No. 52992
311 California Street, 10th Floor
San Francisco, CA 94104
rgoodman@rjo.com
jlubarsky@rjo.com
Telephone: (415) 956-2828
*Attorneys for Defendant*
TEXACO DOWNSTREAM PROPERTIES INC.

Dated: February 8, 2019                    VERIS LAW GROUP PLLC

By: /s/ David F. Stearns

Howard F. Jensen, WSBA No. 25144
David F. Stearns, WSBA No. 45257
1809 Seventh Ave., Suite 1400
Seattle, WA 98101
*howard@verislawgroup.com*
*david@verislawgroup.com*
Telephone: (206) 829-9590
*Attorneys for Plaintiff*
MAPLE LEAF HOUSING INVESTMENTS, LLC

I attest that concurrence in the filing of this document has been obtained from David F. Stearns, counsel for Maple Leaf Housing Investments, LLC.

Dated: February 8, 2019                    ROGERS JOSEPH O'DONNELL

By: /s/ Robert C. Goodman
ROBERT C. GOODMAN
Attorneys for Defendant

STIPULATED MOTION AND ORDER
EXTENDING TIME FOR RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 3

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
484589.1

# **ORDER**

The deadlines in this case are hereby extended as follows:

Defendant's responsive pleading shall be filed no later than March 1, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this 12th day of February, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
EXTENDING TIME FOR RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 4

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
484589.1