1
2
3
4
5
6
7

Judicial Assignment: Hon. Robert S. Lasnik

8          UNITED STATES DISTRICT COURT

9          WESTERN DISTRICT OF WASHINGTON

10               AT SEATTLE

11

12   MAPLE LEAF HOUSING INVESTMENTS,          Case No. 2:18-cv-01710-RSL
     LLC, a Washington limited liability
13   company,
                                              **STIPULATED MOTION AND
14          Plaintiff,                        [PROPOSED] ORDER FOR STAY OF
                                              LITIGATION PENDING
15      vs.                                   ENVIRONMENTAL INVESTIGATION**

16   TEXACO DOWNSTREAM PROPERTIES             Note on calendar: March 26, 2019
     Inc., a Delaware corporation,
17
            Defendant.
18

19          Plaintiff Maple Leaf Housing Investments, LLC ("MLHI") and defendant Texaco

20   Downstream Properties Inc. ("TDPI") have reached an agreement that includes the following

21   components:  (1) MLHI will file an Amended Complaint that does not allege the tort claims it

22   asserted against TDPI, but adds a claim for declaratory relief under the Washington Model

23   Toxics Control Act, Chapter 70.105D RCW, and the Uniform Declaratory Judgments Act,

24   Chapter 7.24 RCW; (2) an environmental investigation of MLHI's property will be undertaken;

25   (3) the parties will stay all litigation activities for 120 days in order to allow time to complete the

STIPULATED MOTION FOR STAY OF
LITIGATION                                1
Case No.: 2:18-CV-01710-RSL

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245

environmental investigation; and (4) the parties will move the Court to extend all litigation deadlines for 120 days.

Concurrent with the filing of this pleading, MLHI has filed an Amended Complaint that does not allege its tort claims and adds a claim for declaratory relief.

The data from the environmental investigation will inform the parties' decisions regarding MLHI's property and may potentially help facilitate an agreed resolution of this action. Accordingly, the parties stipulate to stay all litigation activities, including discovery, for 120 days after entry of the order proposed with this pleading, and to seek court approval to extend all litigation deadlines by 120 days.  Those deadlines, as extended, would be as follows:

- Defendant's filing of responsive pleading          July 22, 2019
- Deadline for FRCP 26(f) conference                August 2, 2019
- Initial Disclosures pursuant to FRCP 26(a)(1)     August 9, 2019
- Combined Joint Status Report and
  Discovery Plan as Required by
  FRCP 26(f) and LCR 26(f)                          August 16, 2019

The parties jointly request the Court order the parties to stay all litigation activities for 120 days, extend the deadline for Defendant to file its responsive pleading for 120 days, and issue a third amended order regarding initial disclosures, joint status report, and early settlement that extends all litigation deadlines by 120 days.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated this 26 day of March, 2019.

VERIS LAW GROUP PLLC

By: */s/ David F. Stearns*
Howard F. Jensen, WSBA No. 25144
David F. Stearns, WSBA No. 45257
howard@verislawgroup.com
david@verislawgroup.com
*Attorneys for Maple Leaf Housing Investments, LLC*

STIPULATED MOTION FOR STAY OF
LITIGATION
Case No.: 2:18-CV-01710-RSL

2

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245

ROGERS JOSEPH O'DONNELL, PC


By: */s/ Robert C. Goodman*
Robert C. Goodman, WSBA No. 49144
E. Jacob Lubarsky, WSBA No. 52992
311 California Street, 10th Floor
San Francisco, CA 94104
rgoodman@rjo.com
jlubarsky@rjo.com
Telephone:  (415) 956-2828
*Attorneys for Texaco Downstream Properties Inc.*

I attest that concurrence in the filing of this document has been obtained from E. Jacob Lubarsky, counsel for Texaco Downstream Properties, Inc.

DATED this 26 day of March, 2019.

VERIS LAW GROUP PLLC


By: */s/ David F. Stearns*
Howard F. Jensen, WSBA No. 25144
David F. Stearns, WSBA No. 45257
howard@verislawgroup.com
david@verislawgroup.com
*Attorneys for Maple Leaf Housing Investments, LLC*

STIPULATED MOTION FOR STAY OF
LITIGATION
Case No.: 2:18-CV-01710-RSL

3

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245

## [PROPOSED] ORDER

The Court ORDERS as follows:

1.  The parties shall stay all litigation activities, including discovery, for 120 days after entry of this Order.

2.  Defendant's responsive pleading shall be filed no later than July 22, 2019.

3.  The Court will issue a third amended order regarding initial disclosures, joint status report, and early settlement that extends the current litigation deadlines as follows:

- Deadline for FRCP 26(f) conference     August 2, 2019
- Initial Disclosures pursuant to FRCP 26(a)(1)     August 9, 2019
- Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f)     August 16, 2019

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

By: _____
HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

4814-3534-5800, v. 7

STIPULATED MOTION FOR STAY OF LITIGATION
Case No.: 2:18-CV-01710-RSL

4

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on March 26, 2019 I electronically filed the foregoing

3    STIPULATED MOTION FOR STAY OF LITIGATION with the Clerk of the Court using the

4    CM/ECF system which will send notification of such filing to the following:

5

6    Robert C. Goodman
     Edward J. Lubarsky

7    ROGERS JOSEPH O'DONNELL, PC          ☐ Overnight Delivery via Fed Ex
     311 California Street, 10th Floor     ☐ First Class Mail via USPS
     San Francisco, CA 94104              ☐ Hand-Delivered via ABC Legal Messenger

8    415-956-2828                         ☐ Facsimile
     rgoodman@rjo.com                     ☒ E-mail / CM/ECF USDC WAWD

9    jlubarsky@rjo.com

10      Dated at Seattle, Washington, this 26th day of March, 2019.

11

12
                                          Sarah Kern, Legal Assistant

13

14   4814-3534-5800, v. 7

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF SERVICE
Case No.: 2:18-cv-01710-RSL                 5

**Veris Law Group PLLC**
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
tel 206.829.9590
fax 206.829.9245