Judicial Assignment: Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MAPLE LEAF HOUSING INVESTMENTS, LLC, a Washington company,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>TEXACO DOWNSTREAM PROPERTIES Inc., a Delaware corporation,<br><br>　　　Defendant. | Case No. 2:18-cv-01710-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME FOR RESPONSIVE PLEADING** |

Pursuant to the order entered by this Court on the stipulation between Plaintiff MAPLE LEAF HOUSING, INVESTMENTS, LLC's ("Plaintiff") and Defendant TEXACO DOWNSTREAM PROPERTIES INC. ("Defendant"), Defendant's responsive pleading is due March 22, 2019. *See,* Dkt. # 27. Plaintiff and Defendant now jointly move under FRCP 6(b) for an additional 7-day extension of Defendant's deadline to file a responsive pleading to March 29, 2019, to allow an agreement resolving several of Plaintiff's claims to be executed.

As previously reported to the Court, Dkt. # 26, Plaintiff and Defendant have reached an agreement to resolve issues raised in Defendant's November 30, 2018, meet and confer correspondence ("Meet and Confer Correspondence"). Further, the parties

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 1

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
487412.1

agreed, subject to the Court's approval, to stay all litigation deadlines and activities for 120 days while an environmental investigation is jointly undertaken at Plaintiff's property (the "Agreement"). The counsel for the parties recently finalized the settlement document in connection with the Agreement and are in the process of obtaining client signatures for the settlement document.

Pursuant to FRCP Rule 6(b), the Court may, for good cause, extend the time for Defendant to respond to Plaintiff's Complaint. There is good cause for granting an extension because Plaintiff and Defendant require additional time to execute the final settlement document. The parties jointly request a 7-day extension of Defendant's deadline to file a responsive pleading to allow the parties to: (1) execute their settlement document, and (2) present to this Court the stipulated order necessary to stay the subject litigation and related deadlines while an environmental investigation is jointly undertaken at Plaintiff's property.

Based on the foregoing, Plaintiff and Defendant jointly request that the Court issue an order extending the deadlines for Defendant's responsive pleading seven days to March 29, 2019.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: March 22, 2019, 2019      ROGERS JOSEPH O'DONNELL, PC

By: /s/ Robert C. Goodman

Robert C. Goodman, WSBA No. 49144
E. Jacob Lubarsky, WSBA No. 52992
311 California Street, 10th Floor
San Francisco, CA 94104
rgoodman@rjo.com
jlubarsky@rjo.com
Telephone: (415) 956-2828
*Attorneys for Defendant*
TEXACO DOWNSTREAM PROPERTIES INC.

STIPULATION RE: ADDITIONAL TIME TO FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 2

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
487412.1

| | | |
|---|---|---|
| Dated: March 22, 2019 | | VERIS LAW GROUP PLLC |
| | | By: /s/ David F. Stearns |
| | | Howard F. Jensen, WSBA No. 25144<br>David F. Stearns, WSBA No. 45257<br>1809 Seventh Ave., Suite 1400<br>Seattle, WA 98101<br>*howard@verislawgroup.com*<br>*david@verislawgroup.com*<br>Telephone: (206) 829-9590<br>*Attorneys for Plaintiff*<br>MAPLE LEAF HOUSING INVESTMENTS, LLC |

I attest that concurrence in the filing of this document has been obtained from David F. Stearns, counsel for Maple Leaf Housing Investments, LLC.

| | | |
|---|---|---|
| Dated: March 22, 2019 | | ROGERS JOSEPH O'DONNELL |
| | | By: /s/ Robert C. Goodman<br>ROBERT C. GOODMAN<br>Attorneys for Defendant |

STIPULATION RE: ADDITIONAL TIME TO FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 3

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
487412.1

# **ORDER**

The deadlines in this case are hereby extended as follows:

Defendant's responsive pleading shall be filed no later than March 29, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this 27th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION RE: ADDITIONAL TIME TO
FILE RESPONSIVE PLEADING
Case No.: 2:18-cv-01710-RSL
Page 4

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
487412.1