UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MAPLE LEAF HOUSING INVESTMENTS, LLC, a Washington company,<br><br>  Plaintiff,<br><br>  vs.<br><br>TEXACO DOWNSTREAM PROPERTIES Inc., a Delaware corporation,<br><br>  Defendant. | Case No. 2:18-cv-01710-RSL<br><br>**STIPULATED MOTION AND ORDER FOR 90-DAY STAY OF LITIGATION PENDING COMPLETION OF SETTLEMENT DISCUSSIONS** |

Plaintiff MAPLE LEAF HOUSING INVESTMENTS, LLC ("MLHI") and defendant TEXACO DOWNSTREAM PROPERTIES INC. ("TDPI") jointly move the Court for an Order (1) staying the litigation, with the exception of settlement discussions, for 90 days and (2) vacating the current trial date and operative case management order (Dkt. # 40). As set forth in greater detail below, the parties are engaged in ongoing settlement negotiations and wish to preserve their, and the Court's, resources by focusing on a negotiated resolution of this matter rather than active litigation.

Trial in this matter is set for February 1, 2021 and expert reports are due August 5, 2020. Dkt #40. The Parties are hopeful that relief from litigation

STIPULATION RE: RE LITIGATION STAY
TO COMPLETE SETTLEMENT DISCUSSIONS
Case No.: 2:18-cv-01710-RSL
Page 1

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
514187.1

deadlines will allow them to focus on settlement discussions that will result in settlement of the case.  A notice of settlement will be filed if settlement is reached or, if settlement has not been reached by the end of the stay period, the Parties will provide a joint status report to the Court that addresses the status of settlement discussions and proposed case management.

Pursuant to the Western District's Local Civil Rule ("LCR") 16(d), a case management schedule may be modified for good cause with the Judge's consent and under LCR16(m)(2) a court, by order, may modify any deadline set forth in LCR 16. There is good cause for the Court to grant this Motion because MLHI and TDPI have reached an agreement regarding a procedure to discuss settlement, the parties have taken steps to effectuate that agreement, and, if settlement is reached, there will be a benefit both to the parties themselves (foregoing unnecessary litigation activity and expense) and to the Court (conserving judicial resources).  Moreover, the parties believe that the proposed course is a reasonable alternative to pursuing litigation or seeking other relief from the Court due to the impact of the COVID-19 pandemic.

Based on the foregoing, MLHI and TDPI jointly request that the Court issue an order:

(1) Vacating the current trial date and case management order;

(2) Staying litigation activity for 90-days, with the exception of settlement discussions and other ADR activities; and

(3) Setting a deadline for a joint status report on settlement and proposed case management no later than 14 days after the litigation stay ends.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

STIPULATION RE: RE LITIGATION STAY
TO COMPLETE SETTLEMENT DISCUSSIONS
Case No.: 2:18-cv-01710-RSL
Page 2

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
514187.1

| | |
|---|---|
| Dated: July 16, 2020, | ROGERS JOSEPH O'DONNELL, PC |
| | |
| | By: /s/ Robert C. Goodman |
| | |
| | Robert C. Goodman, WSBA No. 49144<br>Jon-Erik W. Magnus, WSBA No. 54691<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>rgoodman@rjo.com<br>jmagnus@rjo.com<br>Telephone: (415) 956-2828<br>*Attorneys for Defendant*<br>TEXACO DOWNSTREAM PROPERTIES INC. |
| Dated: July 16, 2020 | VERIS LAW GROUP PLLC |
| | |
| | By: /s/ Howard F. Jensen |
| | |
| | Howard F. Jensen, WSBA No. 25144 |
| | 1809 Seventh Ave., Suite 1400<br>Seattle, WA 98101<br>howard@verislawgroup.com<br>Telephone: (206) 829-9590<br>*Attorneys for Plaintiff*<br>MAPLE LEAF HOUSING INVESTMENTS, LLC |

I attest that concurrence in the filing of this document has been obtained from Howard F. Jensen, counsel for Maple Leaf Housing Investments, LLC.

Dated: July 16, 2020    ROGERS JOSEPH O'DONNELL

By: /s/ Robert C. Goodman
ROBERT C. GOODMAN
Attorneys for Defendant

STIPULATION RE: RE LITIGATION STAY
TO COMPLETE SETTLEMENT DISCUSSIONS
Case No.: 2:18-cv-01710-RSL
Page 3

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
514187.1

## ORDER

The Court ORDERS as follows:

1. The trial date in this matter and Case Management Order in this matter are VACATED.

2. With the exception of settlement discussions or other ADR-related activities, the parties shall stay all litigation activities, including discovery, for 90 days after entry of this Order.

3. On or before October 30, 2020, the Parties will file a joint status report advising the Court of the following: (1) status of settlement; (2) likelihood of settlement; and (3) a proposed case management schedule.

In the event that the case settles, counsel shall notify Deputy Clerk, Kerry Simonds at 206-370-8519 as soon as possible.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this 17th day of July, 2020.

*/s/ M S Lasnik*
HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

STIPULATION RE: RE LITIGATION STAY
TO COMPLETE SETTLEMENT DISCUSSIONS
Case No.: 2:18-cv-01710-RSL
Page 4

Rogers Joseph O'Donnell
311 California Street, Floor 10
San Francisco, CA 94104
(415) 956-2828
514187.1