UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAPLE LEAF HOUSING INVESTMENTS, LLC, a Washington company,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TEXACO DOWNSTREAM PROPERTIES Inc., a Delaware corporation,<br><br>　　　Defendant. | Case No. 2:18-cv-01710-RSL<br><br><br>ORDER OF DISMISSAL |

　　　It having been reported to the Court on Monday, July 12, 2021 that the above cause has been settled, and no final order having yet been presented,

　　　The Court having issued an Order on July 15, 2021, dismissing this cause action without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated,

　　　The parties having presented the Court with a joint stipulation requesting the settlement consummation period be extended from sixty (60) days to one hundred twenty (120) days,

　　　NOW, THEREFORE,

　　　IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within one hundred

ORDER - 1

twenty (120) days after July 15, 2021 to reopen this cause if the reported settlement is not consummated.

Dated this 13th day of September, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

VERIS LAW GROUP PLLC

By: *s/ Kevin M. Jackson*
Howard F. Jensen, WSBA #25144
Kevin M. Jackson, WSBA #56799
1809 Seventh Avenue, Suite 1400
Seattle, WA 98101
howard@verislawgroup.com
kevin@verislawgroup.com
*Attorneys for Maple Leaf Housing Investments, LLC*

ROGERS JOSEPH O'DONNELL, PC

By: *s/ Robert C. Goodman*
Robert C. Goodman, WSBA No. 49144
Jon-Erik Magnus, WSBA No. 54691
311 California Street, 10th Floor
San Francisco, CA 94104
rgoodman@rjo.com
jmagnus@rjo.com
*Attorneys for Texaco Downstream Properties Inc.*

ORDER - 2